UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

                                                      Chapter 11

Steven L. Hagerman,                        Case No: 1-24-43155-jmm

                                 Debtor.
_____X

## STIPULATION AND ORDER DISMISSING CHAPTER 11 CASE

**WHEREAS**, on July 30, 2024 (the "Filing Date"), Steven L. Hagerman, (the "Debtor") commenced this bankruptcy case by filing a voluntary petition under chapter 11 of the Bankruptcy Code; and

**WHEREAS**, the United States Trustee did not appoint an official committee of unsecured creditors in the Debtor's case; and

**WHEREAS**, the Debtor desires to dismiss this case.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Debtor and Bonafide Realty LLC, that this case commenced under chapter 11 of the Bankruptcy Code be, and hereby is, dismissed, pursuant to 11 U.S.C. § 1112(b); and it is further

**ORDERED**, that the Debtor is barred from filing a bankruptcy case under any chapter of the Bankruptcy Code commenced within six (6) months of Dismissal of this Bankruptcy Case; and it is further

**ORDERED**, that the Debtor is barred from conveying the property located 209 Butler Street, Brooklyn, New York, to related individuals or entities and having those individuals or entities file for bankruptcy protection in an effort to bypass the six (6) month refiling bar provided for by this Order; and it is further

**ORDERED**, that not later than ten (10) days from the entry of this order, the Debtor shall file with the Court the appropriate monthly operating reports and shall pay the United States

Trustee the appropriate sums required pursuant to 28 U.S.C. § 1930(a)(6) and any applicable interest thereon; and it is further

**ORDERED**, that this Stipulation and Order shall be filed on Notice of Presentment on 14 days' notice to all creditors and parties in interest.

LAW OFFICE OF RACHEL S. BLUMENFELD PLLC
Attorney for the Debtor

BY: */s/ Rachel S. Blumenfeld*

Rachel S. Blumenfeld (RSB-1458)
26 Court Street, Suite 814
Brooklyn, New York 11242
Tel:  (718) 858-9600

GERON LEGAL ADVISORS LLC
Attorneys for Bonafide Realty LLC

BY: */s/ Yann Geron*

Yann Geron, Esq.
370 Lexington Avenue, Suite 1208
New. York, New York 10017
Tel:  (646) 560-3224

*/s/ Steven L. Hagerman*
Steven L. Hagerman - Debtor


NO OBJECTION:

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By: */s/ Nazar Khodorovsky*
Nazar Khodorovsky
Trial Attorney
One Bowling Green, Suite 510

New York, New York 10004
Tel. No. (212) 206-2580
Fax No. (212) 668-2361

**SO ORDERED:**

Dated: January 3, 2025
Brooklyn, New York



Jil Mazer-Marino
United States Bankruptcy Judge