# Notice Recipients

District/Off: 0207−1              User: admin                 Date Created: 1/6/2025
Case: 1−24−43155−jmm              Form ID: pdfall             Total: 31

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty         Mark Schlachet

                                                                                          TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee         USTPRegion02.BR.ECF@usdoj.gov
aty         Jeffrey K Cymbler           jeffrey.cymbler@tax.ny.gov
aty         Mark Schlachet              markschlachet@me.com
aty         Rachel S. Blumenfeld        rachel@blumenfeldbankruptcy.com
aty         Yann Geron                  ygeron@geronlegaladvisors.com

                                                                                          TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Steven L. Hagerman         33 Piedmont Avenue         Staten Island, NY 10305
cr          Bonafide Realty LLC        c/o Yann Geron and Jeannette Litos        Geron Legal Advisors LLC        370 Lexington Avenue, Suite 1208        New York, NY 10017
cr          NYS Department of Taxation & Finance        15 MetroTech Center        Brooklyn, NY 11201 UNITED STATES
10403846    Ashley Funding Services, LLC        Resurgent Capital Services        PO Box 10587        Greenville, SC 29603−0587
10376268    Bona Fide Realty        242 Nevins Street        Brooklyn, NY 11217
10392218    Bonafide Realty LLC        GERON LEGAL ADVISORS LLC        370 Lexington Avenue, Suite 1208        New York, New York 10017        Attn: Yann Geron & Jeannette Litos
10384009    Bonafide Realty LLC        Yann Geron, Esq., Jeannette Litos, Esq.        GERON LEGAL ADVISORS LLC        370 Lexington Avenue, Suite 1208        New York, New York 10017
10376269    Capital One        by American InfoSource        4515 N Santa Fe Ave        Oklahoma City, OK 73118
10379659    Capital One N.A.        by AIS InfoSource LP as agent        PO Box 71083        Charlotte, NC 28272−1083
10376270    Capital One N.A.        by American InfoSource        4515 N Santa Fe Ave        Oklahoma City, OK 73118
10376271    Credit One Bank        Attn: Bankruptcy Departmt        6801 Cimarron Rd        Las Vegas, NV 89113
10376272    Credit One Bank        Attn: Bankruptcy Dept        6801 Cimarron Rd        Las Vegas, NV 89113
10376273    Credit One Bank        Attn: Bankruptcy Dept        6801 Cimarron Rd        Las Vegas, NV 89113
10391648    District Tax Attorney        15 MetroTech Center        Brooklyn, NY 11201
10376274    Internal Revenue Service        P.O. Box 7346        Philadelphia, PA 19101−7346
10376275    Jeannette Litos, Esq.        Geron Legal Advisors LLC        370 Lexington Avenue        Suite 1101        New York, NY 10017
10376276    Jeffrey K. Cymbler, Esq.        District Tax Attorney        15 MetroTech Center        Brooklyn, NY 11201
10376277    LVNV Funding LLC        Resurgent Capital        PO Box 10587        Greenville, SC 29603−0587
10403926    LVNV Funding, LLC        Resurgent Capital Services        PO Box 10587        Greenville, SC 29603−0587
10405706    Mark Schlachet        Special Counsel for Debtor        305 Broadway, Suite 700        New York, New York        (216) 225−7559        markschlachet@me.com
10376278    Mercedes−Benz        Financial Services        Attn: Bankruptcy        P.O. Box 685        Roanoke, TX 76262
10391538    NYS Department of Taxation & Finance        15 MetroTech Center        Brooklyn, NY 11201
10378350    New York State Department OF Taxation & Finance        Bankruptcy Section        P O Box 5300        Albany New York 12205−0300
10376279    New York State Dept of        Taxation & Finance        Bankruptcy Section        PO Box 5300        Albany, NY 12205−0300
10376280    Yann Geron, Esq.        Geron Legal Advisors LLC        370 Lexington Avenue        Suite 1101        New York, NY 10017

                                                                                          TOTAL: 25